| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Western District of Pennsylvania |
| Case number (If known): _____ Chapter 7 |

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual           12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's full name**

   Lori
   First name

   _____
   Middle name

   Halpin
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☐ Unknown

   xxx – xx – 1 8 5 4    OR    9xx – xx – __ __ __ __

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☑ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

   __ __ – __ __ __ __ __ __ __
   EIN

Debtor    Lori Halpin _____    Case number (*if known*)_____

| | | |
|---|---|---|
| **6. Debtor's address** | **Principal residence** | **Mailing address, if different from residence** |
| | 1741 N. Winchester Ave. <br> Number    Street | _____ <br> Number    Street |
| | _____ | _____ |
| | Chicago         IL    60622 <br> City         State   ZIP Code | _____ <br> City         State   ZIP Code |
| | Cook <br> County | |
| | **Principal place of business** | |
| | _____ <br> Number    Street | |
| | _____ | |
| | _____ <br> City         State   ZIP Code | |
| | _____ <br> County | |

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☐ No
☑ Yes. Debtor  Westgate Ventures I, LLC    Relationship  Affiliate
District  W.D. Pa    Date filed  01/11/2012    Case number, if known  12-20111-CMB
MM / DD / YYYY

Debtor _____    Relationship _____
District _____    Date filed _____    Case number, if known _____
MM / DD / YYYY

Official Form 105    Involuntary Petition Against an Individual    page **2**

Debtor    Lori Halpin _____    Case number (*if known*)_____

| Part 3: | Report About the Case |

**10. Venue**

Reason for filing in this court.

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| A.G. Cullen Construction, Inc. | Civil Judgment | $ 690,410.03 |
|  |  | $ |
|  |  | $ |
|  | Total | $ 690,410.03 |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

Debtor  Lori Halpin                                    Case number (*if known*)_____

| Part 4: | Request for Relief |

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ /s/ Paul Cullen, Vice President
Signature of petitioner or representative, including representative's title

Paul Cullen
Printed name of petitioner

Date signed  05/21/2018
MM / DD / YYYY

**Mailing address of petitioner**

113 Freeport Road
Number   Street

Pittsburgh              PA         15215
City                    State      ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____
Email          _____

**Name and mailing address of petitioner's representative, if any**

Paul Cullen
Name

113 Freeport Road
Number   Street

Pittsburgh              PA         15215
City                    State      ZIP Code

**Attorneys**

✗ /s/ Richard Kalson, Esq.
Signature of attorney

Richard Kalson (PA Bar No. 69611)
Printed name

Benesch, Friedlander, Coplan & Aronoff LLP
Firm name, if any

41 S. High Street, Suite 2600
Number   Street

Columbus                OH         43215
City                    State      ZIP Code

Date signed  05/21/2018
MM / DD / YYYY

Contact phone 6142239300    Email rkalson@beneschlaw.com

Debtor   Lori Halpin_____     Case number *(if known)*_____

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name of petitioner

Date signed    _____
                MM / DD / YYYY

**Mailing address of petitioner**

_____
Number    Street

_____
City                State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City        State ZIP Code

✗ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State        ZIP Code

Date signed    _____
                MM / DD / YYYY

Contact phone  _____   Email _____

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name of petitioner

Date signed    _____
                MM / DD / YYYY

**Mailing address of petitioner**

_____
Number    Street

_____
City                State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                State        ZIP Code

✗ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State        ZIP Code

Date signed    _____
                MM / DD / YYYY

Contact phone  _____   Email _____