## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PITTSBURGH ATHLETIC ASSOCIATION, *et al*[1]<br><br>*Debtors*, | Jointly Administered at:<br>Case No. 17-22222-JAD<br><br>Bankruptcy Case Nos:<br>17-22222-JAD, and<br>17-22223-JAD |
| PITTSBURGH ATHLETIC ASSOCIATION AND PITTSBURGH ATHLETIC ASSOCIATION LAND COMPANY,<br>*Movants*,<br><br>v.<br><br>NO RESPONDENTS. | Chapter 11 |

## SUMMARY OF BALLOTS

The Pittsburgh Athletic Association ("**PAA**") and the Pittsburgh Athletic Association Land Company ("**PAALC**", and with PAA, "**Debtors**"), file this *Summary of Ballots* regarding the ballots received from the members of Impaired Classes as classified under the Revised Amended Joint Chapter 11 Plan of Reorganization dated March 13, 2018, as revised April 22, 2018 ("**Amended Plan**") and the resigned members of the PAA.  The following votes were received by the Debtors' Counsel, Tucker Arensberg, P.C., in accordance with the procedures set forth in the Court approved Revised Impaired Class Amended Joint Disclosure Statement, dated March 13, 2018, as revised April 24, 2018 ("**Impaired Class D/S**").  Copies of the original ballots received by the Debtors are available for review by the Court upon request.

---

[1] The Debtors have the following case pending Pittsburgh Athletic Association, Case No. 17-22222-JAD and the Pittsburgh Athletic Association Land Company, Case No. 17-22223-JAD, both cases are being jointly administered under Case No. 17-22222-JAD.

## TABULATION SCENARIOS SUBJECT TO
## MOTION FOR DESIGNATION OF BALLOTS

| Active Members Only | 122 |
|---|---|
| Accept | 82 |
| Reject | 40 |
| Percentage Accepting | 67.21% |

| Resigned Members Only | 18 |
|---|---|
| Accept | 12 |
| Reject | 6 |
| Percentage Accepting | 66.67% |

| Overall (Active & Resigned) | 140 |
|---|---|
| Accept | 94 |
| Reject | 46 |
| Percentage Accepting | 67.14% |

| Active Only Inclusive of Ballots Subject to Review | 127 |
|---|---|
| Accept | 84 |
| Reject | 43 |
| Percentage Accepting | 66.14% |

| Overall (Active & Resigned) Inclusive of Ballots Subject to Review | 147 |
|---|---|
| Accept | 96 |
| Reject | 51 |
| Percentage Accepting | 65.31% |

Respectfully Submitted,

TUCKER ARENSBERG, P.C.

DATED: May 25, 2018

*/s/ Jordan S. Blask*
Jordan S. Blask, Esquire
PA ID No. 308511
Matthew J. Burne, Esquire
PA ID No. 318444
Sloane B. O'Donnell, Esquire
PA ID No. 321295
1500 One PPG Place
Pittsburgh, PA 15222
Phone: 412-566-1212
jblask@tuckerlaw.com
mburne@tuckerlaw.com
sodonnell@tuckerlaw.com